No. 01–10062.  SAMPSON v. UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 01–10065.  WARREN v. UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 01–10071.  HAMM v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 01–10073.  FOSTER v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 01–10076.  WHOOTEN v. UNITED STATES. C. A. 1st Cir. Certiorari denied.

No. 01–10085.  CORDOVA-GONZALEZ v. GONZALEZ, WARDEN, ET AL.; and CORDOVA-GONZALEZ v. UNITED STATES. C. A. 1st Cir.  Certiorari denied.

No. 01–10086.  MORGAN v. UNITED STATES. C. A. 2d Cir. Certiorari denied.

No. 01–10088.  NAVA-HERNANDEZ v. UNITED STATES. C. A. 10th Cir.  Certiorari denied.

No. 01–10089.  PARHAM v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 01–10090.  GARCIA RODRIGUEZ v. UNITED STATES. C. A. 5th Cir.  Certiorari denied.

No. 01–10093.  MARTINEZ-VARGAS v. UNITED STATES. C. A. 5th Cir.  Certiorari denied.

No. 01–10094.  DIX v. UNITED STATES. C. A. 11th Cir.  Certiorari denied.

No. 01–10096.  MCQUEEN v. SCOTT, WARDEN. C. A. 11th Cir. Certiorari denied.

No. 01–10098.  JOHNSON v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 01–10100.  URIAS-ESCOBAR v. UNITED STATES. C. A. 5th Cir.  Certiorari denied.

No. 01–10101.  ANDERSON v. UNITED STATES. C. A. 11th Cir. Certiorari denied.